STATE OF CONNECTICUT *v.* EDUARDO ADORNO

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 534 (AC 30484), is denied.

*Alice Osedach,* assistant public defender, in support of the petition.

Decided July 22, 2010

ERICA TODD *v.* NATIONWIDE MUTUAL INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 597 (AC 31041), is denied.

*Miles N. Esty,* in support of the petition.

Decided July 22, 2010

STATE OF CONNECTICUT *v.* MICHAEL CASTILLO

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 699 (AC 31086), is denied.

*Robert E. Byron,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.